IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL CHMIEL )
)
Plaintiffs, )
) Civil Action No. _____
v. )
)
SEDO.COM, LLC, and, )
)
mTLD, LTD. )
)
JEAN ROMANI COLUMBI )
)
Defendants. )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for mTLD, LTD ("mTLD") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of mTLD, LTD, which have any outstanding securities in the hands of the public.

Nokia Corporation,

Microsoft Corporation,

Orascom Telecom Holding,

Google, Inc., and

Samsung Electronics Co. Ltd.


Attorney of Record for mTLD, LTD.

Dated: February 29, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Samir Jain
　　　　　　　　　　　　　　　　　　　　　Samir Jain (D.C. Bar No. 456090)
　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE &
　　　　　　　　　　　　　　　　　　　　　　DORR LLP
　　　　　　　　　　　　　　　　　　　　　1875 Pennsylvania Ave. N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　202-663-6000 (telephone)
　　　　　　　　　　　　　　　　　　　　　202-663-6363 (facsimile)
　　　　　　　　　　　　　　　　　　　　　Samir.Jain@wilmerhale.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant mTLD, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February, 2008, two copies of the foregoing Certificate Under LCvR 7.1 were filed with the Clerk of the Court via courier to:

>Ms. Nancy Mayer-Whittington
>Clerk of the Court
>United States District Court
>   for the District of Columbia
>United States Courthouse
>333 Constitution Avenue, N.W., Room 1225
>Washington, D.C. 20001

I also certify that a copy of the foregoing Certificate Under LCvR 7.1 was served on counsel via overnight mail to:

>Eric Menhart
>CyberLaw P.C.
>1200 G. Street, N.W., Suite 800
>Washington, D.C. 20005
>202-434-8711 (telephone)
>240-539-6235 (facsimile)
>eric.menhart@cyberlaw.pro


*Counsel for Plaintiff Chmiel*


_____
Samir Jain (D.C. Bar No. 456090)
WILMER CUTLER PICKERING HALE &
   DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202-663-6000 (telephone)
202-663-6363 (facsimile)
Samir.Jain@wilmerhale.com

*Counsel for Defendant mTLD, Ltd.*