United States District Court
For the District of Columbia

PAUL CHMIEL,
PC Aero Corp.
12607 Ashclift Drive
Houston, Texas 77082
                Plaintiff

v.                                                                    08cv00365 HHK

SEDO.COM, LLC
161 First Street
Fourth Floor
Cambridge, Massachusetts 02142

and

mTLD, LTD.
11 Exchange Place
IFSC
Dublin, Ireland

and

JEAN ROMAIN COLUMBANI
39 Rue de Celony
13100 Aix-en-Provence, France

**LOCAL RULE 7.1 DISCLOSURE STATEMENT**

The undersigned counsel of record for defendant Sedo.com LLC, certifies that to the best of his knowledge and belief, the following are parent companies, subsidiaries or

affiliates of defendant Sedo.com LLC, which have outstanding securities in the hands of the public:

Sedo.com LLC has no publicly traded shares.

Sedo.com LLC is a wholly owned subsidiary of Sedo GmbH.

Sedo GmbH is owned in part by AdLINK Internet Media AG, which is a publicly traded company.

These representations are made in order that judges of this Court may determine the need for recusal.

_____/s/_____

Dennis M. Hart [935643]
Butera & Andrews
Attorney for Defendant Sedo.com LLC
1301 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20004
202.347.6875
dhart@butera-andrews.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Local Rule 7 Statement was served by mail, with first class postage prepaid upon the following this 3rd day of March, 2008:

>Eric Menhart
>Counsel for Plaintiff
>1200 "G" Street N.W.
>Suite 800
>Washington, D.C. 20005

and by electronic service upon the following:

>Samir Jain
>Counsel for Defendant mTLD, Ltd.
>Wilmer, Cutler, Pickering Hale & Dorr LLP
>1875 Pennsylvania Avenue N.W.
>Washington, D.C. 20006

_____/s/_____
Dennis M. Hart