IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAUL CHMIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00365 (HHK) |
| ) | |
| SEDO.COM, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO BRIEFING SCHEDULE AS TO PLAINTIFF'S AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**

Plaintiff Paul Chmiel and Defendants mTLD, Ltd. ("mTLD") and Sedo.com, LLC ("Sedo") (jointly, the "Defendants") hereby agree to the following:

Whereas, on February 28, 2008, Plaintiff filed a Motion for a Temporary Restraining Order, Preliminary Injunction and Expedited Discovery with The Superior Court of the District of Columbia;

Whereas, on February 29, 2008, Defendants filed a Notice of Removal to the United States District Court for the District of Columbia;

Whereas, on February 29, 2008, Plaintiff informed Defendants of his intent to file an Amended Motion for a Temporary Restraining Order, Preliminary Injunction and Expedited Discovery; and

Whereas, Defendant mTLD agrees not to transfer certain Internet domain names, sports.mobi, videos.mobi, photo.mobi, and photos.mobi, until a hearing on Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction, or until the Court rules on Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction, whichever comes first;

The parties hereby agree to the following briefing schedule:

Defendants will file any Opposition(s) to Plaintiff's Amended Motion for a Temporary Restraining Order, Preliminary Injunction and Expedited Discovery 10 days after it is filed and served.

Plaintiff will file any reply 5 days after the Defendants file and serve any Opposition(s).

Dated: March 5, 2008                                        Respectfully submitted,


                                                            /s/ Samir Jain
                                                            Samir Jain (D.C. Bar No. 456090)
                                                            WILMER CUTLER PICKERING HALE &
                                                              DORR LLP
                                                            1875 Pennsylvania Ave. N.W.
                                                            Washington, D.C. 20006
                                                            202-663-6000 (telephone)
                                                            202-663-6363 (facsimile)
                                                            Samir.Jain@wilmerhale.com

                                                            *Counsel for Defendant mTLD, LTD*


                                                            /s/ Dennis Hart
                                                            Dennis M. Hart (D.C. Bar No. 935643)
                                                            BUTERA & ANDREWS
                                                            1301 Pennsylvania Avenue NW, Suite 500
                                                            Washington, D.C. 20004
                                                            202-347-6875 (telephone)
                                                            202-347-6876 (facsimile)
                                                            dhart@butera-andrews.com

                                                            *Counsel for Defendant Sedo.com, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2008, a copy of the foregoing Consent Motion to Briefing Schedule As to Plaintiff's Amended Motion for Temporary Restraining Order/Preliminary Injunction was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords. The foregoing was also served on counsel lacking a CM/ECF password via the method indicated below.

/s/ Samir Jain
Samir Jain

*Via Overnight Mail:*

Eric James Menhart
Cyberlaw P.C.
1200 G Street, NW, Suite 800
Washington, DC 20005
202-434-8711 (telephone)
240-539-6235 (facsimile)
eric.menhart@cyberlaw.pro

*Counsel for Plaintiff Paul Chmiel*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL CHMIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00365 (HHK) |
| ) | |
| SEDO.COM, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER AS TO BRIEFING SCHEDULE**

In consideration of Plaintiff Paul Chmiel and Defendants mTLD, Ltd. and Sedo.com, LLC's Consent Motion to Briefing Schedule as to Plaintiff's Amended Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery, it is hereby ORDERED that the parties' Consent Motion to Briefing Schedule as to Plaintiff's Amended Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery is GRANTED.

This _____ day of March, 2008

_____
The Honorable Henry H. Kennedy
United States District Judge

Dated: March 5, 2008                            Respectfully submitted,


/s/ Samir Jain
Samir Jain (D.C. Bar No. 456090)
WILMER CUTLER PICKERING HALE &
  DORR LLP
1875 Pennsylvania Ave. N.W.
Washington, D.C. 20006
202-663-6000 (telephone)
202-663-6363 (facsimile)
Samir.Jain@wilmerhale.com

*Counsel for Defendant mTLD, LTD*


/s/ Dennis Hart
Dennis M. Hart (D.C. Bar No. 935643)
BUTERA & ANDREWS
1301 Pennsylvania Avenue NW, Suite 500
Washington, D.C. 20004
202-347-6875 (telephone)
202-347-6876 (facsimile)
dhart@butera-andrews.com

*Counsel for Defendant Sedo.com, LLC*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March, 2008, a copy of the foregoing Proposed Order for Consent Motion to Briefing Schedule as to Plaintiff's Amended Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords. The foregoing was also served on counsel lacking a CM/ECF password via the method indicated below.

/s/ Samir Jain
Samir Jain

*Via Overnight Mail:*

Eric James Menhart
Cyberlaw P.C.
1200 G Street, NW, Suite 800
Washington, DC 20005
202-434-8711 (telephone)
240-539-6235 (facsimile)
eric.menhart@cyberlaw.pro

*Counsel for Plaintiff Paul Chmiel*

3