IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL CHMIEL ) <br> PC Aero Corp., 12607 Ashclift Dr., Houston, TX 77082 ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> SEDO.COM, LLC ) <br> 161 First Street, 4th Floor, Cambridge, MA 02142 ) <br> ) <br> mTLD, LTD. ) <br> 1875 Pennsylvania Ave. NW, Washington, DC 20006 ) <br> ) <br> JEAN ROMAIN COLOMBANI ) <br> 39 Rue de Celony, 13100 Aix-en-Provence, France ) <br> ) <br> **Defendants** ) | **Case No.** <br><br> **1:08-cv-00365-HHK** |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Eric Menhart of CyberLaw PC on behalf of Plaintiff Paul Chmiel.

Respectfully submitted,

*/s/ Eric J. Menhart*

_____
Eric Menhart (D.C. Bar No. 975896)
CyberLaw P.C.
1200 G St NW Suite 800
Washington, DC 20005
eric.menhart@cyberlaw.pro
Phone: 202-434-8711
Fax: 240-539-6235
http://www.cyberlaw.pro

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of March, 2008, a copy of the foregoing was filed electronically filed with the Clerk of the Court. All counsel of record registered with the Court's electronic filing system were automatically served by the system.

_____
Eric J. Menhart (D.C. Bar No. 975896)
CyberLaw P.C.
1200 G St NW Suite 800
Washington, DC 20005
Eric.Menhart@cyberlaw.pro
Phone: 202-434-8711
Fax: 240-539-6235
http://www.cyberlaw.pro