# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PAUL CHMIEL | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:08-cv-00365-HHK** |
| | ) | |
| v. | ) | **Oral Hearing Requested** |
| | ) | |
| SEDO.COM, LLC, ET AL. | ) | |
| | ) | |
| Defendants | ) | |

## FIRST AMENDED MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY

Plaintiff Paul Chmiel, through counsel, Eric Menhart and CyberLaw P.C., files this Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery ("Motion") pursuant to the Federal Rule of Civil Procedure 65 and states as follows:

### INTRODUCTION

Plaintiff files this Motion to restrain and prevent Defendants from further breaches of contract with Plaintiff, and to prevent Defendants, who are unlawfully holding unique property owned by the Plaintiff, from reselling or otherwise transferring the property in dispute until the matters at issue may be resolved by this court. A preliminary injunction is necessary because *Defendants have already transferred at least one name at issue even while aware of this action* and have advertised their intentions to hold subsequent auctions that would attempt to resell property already purchased by Plaintiff. Defendants have additionally made certain "proposals" to third parties that would threaten Plaintiff's rights to his lawfully obtained domain names.

### RELEVANT FACTS

In the Fall of 2007, Defendants Sedo.com, LLC ("Sedo") and mTLD, Ltd. ("mTLD") advertised the availability of a public auction where interested parties could bid on numerous

"premium" .mobi domain names.[1] <u>See</u> Plaintiff Exhibit #1. The premium names up for auction were commonly used generic words and phrases likely to be valuable on the open market. <u>See</u> Plaintiff Exhibit #2. All of the premium names would "be auctioned through Sedo.com." <u>See</u> Plaintiff Exhibit #3.

Plaintiff was a participant in the advertised auction at Sedo.com beginning on November 27, 2007, and set to end December 5, 2007. All of the names were scheduled to end at the same time. At the close of the auction, web pages for names that were up for auction communicated that the auction had closed. The web page for the name music.mobi, for example, which ended at the same time as names won by Plaintiff Chmiel, clearly displayed that the "Auction ended: Dec/05/07 12:00 PM EST." <u>See</u> Plaintiff Exhibit #4.

At the same time the Sedo website displayed "Auction Ended," Plaintiff Chmiel received several e-mails from Sedo announcing that he was the winner of the names videos.mobi, video.mobi, photos.mobi, photo.mobi, and sports.mobi. <u>See</u> Plaintiff Exhibits #7-11. Plaintiff was willing, able, and financially prepared to complete his transaction in a timely fashion after receiving the invoices from Sedo.

Despite Sedo's declaring the auctions names closed, sending "winning bidder" notices to Plaintiff Chmiel, and requesting payment for Plaintiff's purchases, Sedo and mTLD soon attempted to renege on their obligation to award the names to Plaintiff, sending an e-mail announcing their intentions to extend the auction. <u>See</u> Plaintiff Exhibit #15.

In an e-mail to one bidder, Sedo "apologize[s] for any inconvenience" and admits that Sedo had posted numerous "news posts" regarding the extension. <u>See</u> Plaintiff Exhibit #16.

---

[1] The facts relevant to the Motion are provided with supporting exhibits. For a more comprehensive set of facts, refer to Plaintiff's Amended Complaint, which Plaintiff incorporates by reference.

mTLD sent similar news posts and e-mails to potential bidders in an attempt to keep the auction going and to drive up prices. One post by mTLD's legal counsel, Caroline Greer, implored participants "please help us spread the word and revisit the site!" See Plaintiff Exhibit #17.

Sedo even sent out a mass e-mail to all of the names in its database, *including to individuals that did not bid in the original auction*. See Plaintiff Exhibit #18. Because Sedo could not have known of the e-mail address to which Exhibit #18 was sent, receipt of the message meant that the notice was sent to individuals who were not participating in the auction at all. This was yet another attempt by the Defendants to keep the auction going and to drive up the prices of the domain names at auction.

Despite numerous queries and objections from bidders via phone and e-mail, the auction was restarted and the names Plaintiff had already won were awarded to other bidders at higher prices.

The other names in question are presently trapped in a state of limbo. The Defendants have made plans to re-auction the other names at least once. See Plaintiff's Exhibit #19. While those plans were temporarily "postponed," there is no protection in place to prevent Defendants from unlawfully reselling or transferring domains owned by Plaintiffs.

It is underscored that Defendants *have already transferred at least one of the names, despite Defendants' full knowledge that the ownership of the transferred domain is in dispute in this action*. mTLD and Sedo recently transferred the name "video.mobi" to Defendant Colombani on February 22, 2008. See Plaintiff Exhibit #20. Defendant Colombani was well aware that the name video.mobi was in dispute between mTLD and Plaintiff Chmiel because the name had been the subject of discussions in a roundtable discussion between many of the auction

winners. See Plaintiff Exhibit #23. Both Colombani and Plaintiff Chmiel had participated in the roundtable discussions, where "video.mobi" was specifically at issue.

Furthermore, counsel for Plaintiff Chmiel had been in constant communication with counsel for mTLD and Sedo. Settlement negotiations were ongoing for nearly a month as to Plaintiff Chmiel and other Plaintiffs. Counsel for Plaintiff Chmiel routinely warned Defendants not to transfer the names while suit was pending.

## ARGUMENT

### A. Preliminary Relief is Appropriate

Under District of Columbia Law, a preliminary injunction may be granted by a court based on the court's analysis of four factors: "(1) likelihood of irreparable harm in the absence of a preliminary injunction; (2) likelihood of success on the merits of the underlying cause of action; (3) that the 'balance of injuries' favors granting an injunction; and (4) that the public interest would be served by granting the injunctive relief sought." In re Antioch University, 418 A.2d 105, 109 (D.C. 1980).

While the court must consider each of the four factors, "the *most important inquiry* is that concerning irreparable injury." Id. (citation omitted) (emphasis added). The decision whether to grant injunctive relief is within the discretion of the Court. District of Columbia v. Sierra Club, 670 A.2d 354, 361 (D.C. 1996).

*1. Failure to Grant the Injunction Will Subject Plaintiff to Irreparable Harm*

Irreparable harm is present when "the threat of injury is imminent and well-founded, and unless the injury itself would be incapable of being redressed after a final hearing on the merits." Zirkle v. District of Columbia, 830 A.2d 1250, 1256 (D.C. 2003) (citation omitted).

Irreparable harm is likely in this matter without an injunction. Plaintiff seeks the *specific performance* of the consummation of the auction sales of the domain names in question for the respective domain name invoice prices. While the issue of damages is not presently before the court, the standard for an award of specific performance is worthy of mention to demonstrate that the prevailing Plaintiff would likely be eligible for specific performance in this matter.

Under D.C. law specific performance is appropriately awarded where "the legal remedy, usually money damages, is deemed to be either inadequate or impracticable." Independence Mgmt. Co. v. Anderson & Summers, LLC, 874 A.2d 862, 870 (D.C. 2005) (citing Flack v. Laster, 417 A.2d 393, 400 (D.C. 1980)). Particularly, when "land is the subject matter of the agreement, the legal remedy is assumed to be inadequate, since each parcel of land is unique." Id. Finally, "in order to be awarded specific performance, the party seeking it 'must show that he was ready, willing and able to perform' the contractual obligations." Id.

Domain names are very similar to land in that they are highly unique entities in commerce. No domain name is exactly like another, and nothing else in the world, particularly money, is sufficient to redress the loss of such unique "cyberproperty." Redress with other "replacement" domain names would not be sufficient to put Plaintiff in the place he might otherwise be with the names he originally planned to, and did, purchase.

Plaintiff has the means to pay the original invoiced price from the first auction for the respective names awarded and Plaintiff is otherwise ready, willing, and able to consummate the sale. Indeed, only the Defendants' decisions to unlawfully withhold and transfer the property to third parties stands in the way of the Plaintiff completing the sale at any time.

If no preliminary injunction were issued, the highly unique domain names lawfully purchased by Plaintiff not already transferred by Defendant could similarly be shifted,

4

potentially depriving Plaintiff of the novel property forever. This fear is obviously credible given the Defendants' highly questionable action of having already transferred at least one of the names at issue that was clearly in dispute.

### 2. Plaintiff Is Likely to Succeed on the Merits

Plaintiff has demonstrated that he has a substantial likelihood of prevailing on the merits. Under District of Columbia law a sale by auction is complete "when the auctioneer so announces by the fall of the hammer or in other customary manner." D.C. Code § 28:2-328.

Given the fact that there was no live auctioneer, the next best "customary manner" of closing a sale would be the display of an "auction closed" notice on each respective domain name's auction page at the Sedo website. Sedo did in fact display "auction closed" notices as to each auctioned domain name. See e.g. Plaintiff Exhibit #4.

At the very least, it is hard to imagine any circumstance where an auctioneer would send an invoice to a winning bidder *before* declaring the bidder the winner of the goods. Sedo and mTLD had full control of the auction. While Defendants have argued that the auction was subject to technical problems, Defendants Sedo and mTLD were wholly in charge of the timing of the auction and the resulting management of bidders and traffic. Sedo's decision, endorsed by mTLD, to program its software, under Sedo's exclusive control, to send invoices to winning bidders upon the close of the auction could mean nothing but an intention to proclaim the auction complete and the invoiced bidder the winner.

District of Columbia law supports this argument. D.C. Code § 28:2-204 provides that a "contract for sale of goods may be made in any manner sufficient to show agreement, including conduct by both parties which recognizes the existence of such a contract." Id. Unsurprisingly, other courts have found that "the exchange of purchase orders or invoices between merchants

forms a written contract, and the terms contained therein are enforceable." <u>Barbara Berry, S.A. de C.V. v. Ken M. Spooner Farms, Inc.</u>, 2006 U.S. Dist. LEXIS 31262 (D. Wash. 2006)[2] (citing <u>M. A. Mortenson Co., Inc. v. Timberline Software Corp.</u>, 140 Wn.2d 568, 580-85, 998 P.2d 305 (2000)). Indeed, it is hard to imagine the Defendants arguing otherwise if the shoe were on the other foot. What business sends out multiple invoices to its customers and expects them to go unpaid?

Even in the rare circumstance that the court finds that the Plaintiff may not be likely to prevail on the merits he "may still be entitled to injunctive relief if [they have] demonstrated that [they] will suffer irreparable harm if injunctive relief is denied." <u>Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc.</u>, 559 F.2d 841, 843 (1977). As discussed, this is the exact situation in this matter.

When the facts and the law strongly support the Plaintiff's position, as is the case here, there is a substantial likelihood of success on the merits. A preliminary injunction is therefore appropriate.

*3. The Balance of Injuries Favors the Plaintiff*

If a preliminary injunction is imposed, Defendants suffer absolutely *no* additional hardship. As the "gatekeeper" of the names, Defendant mTLD has had the domain names in question in its possession for over eleven months, never showing any previous urgency to transfer them. No value is lost in mTLD waiting an additional amount of time to finally transfer the names.

mTLD itself has announced that it has 5,500 "premium" names "set aside" "for distribution using non-traditional allocation models." <u>See</u> Plaintiff Exhibit #21. Defendant

---

[2] Reversed on other grounds by <u>Barbara Berry, S.A. de C.V. v. Ken M. Spooner Farms, Inc.</u>, 2007 U.S. App. LEXIS 26990 (9th Cir. Wash. Nov. 16, 2007).

mTLD's own legal counsel, Caroline Greer, admits that mTLD is in no rush to allocate the names to registrants. To the contrary, she states that registrants "have every chance in the world at securing a .mobi premium name - we have allocated less than 500, leaving us with 5000 to go!" See Plaintiff Exhibit #22. If mTLD were harmed by retaining such "premium names" they would certainly not have attempted to move only 9% of the names to date. Any suggestion that the Defendants would suffer any hardship at all given their actions to date cannot be taken seriously.

The fact that mTLD is in no rush at all to move such names calls even *further* into question mTLD and Sedo's decision to transfer the name "video.mobi" to Defendant Colombani while it remained the subject of this suit.

Defendant Sedo also suffers no injury if transfer of the names at issue were temporarily enjoined. Sedo's auction fees would be equally available whether the domain names were re-auctioned immediately or after the merits of this matter have been decided.

On the other hand, Plaintiff has a substantial likelihood of hardship in that his interests in his highly unique domain names would be forever lost if the names were sold or otherwise transferred to a third party. This concern is not unfounded. As stated, Defendants mTLD and Sedo have very recently demonstrated their blatant disregard for Plaintiff's claims and this Court's competence to resolve the disputes at issue in this case by transferring the name "video.mobi" to Defendant Colombani on February 22, 2008. See Plaintiff Exhibit #20.

Even prior to Defendants actively transferring names pending in this suit, Sedo and mTLD sent a letter to former auction bidders on December 17, 2007, only twelve days after the original auction closed, announcing the Defendants' intention to re-auction the names from the

first auction, including the names purchased by Plaintiffs. <u>See</u> Plaintiff's Exhibit #19. In the

letter, Sedo and mTLD announce that they had unilaterally decided to hold a new auction:

> Decisions were made with the intention of protecting all parties involved, but as we have
> learned from investigating the crash more carefully since December 5th, the auction was
> compromised and as such, DotMobi has exercised its right to declare the auction results
> void and will conduct a new auction at Sedo.com beginning on January 23rd, 2008.

<u>Id.</u> While Sedo did not follow through with its plans to hold the new auction, it is quite

clear from numerous Defendant actions that the Defendants feel no obligation to respect the

Plaintiff's rights in his lawfully purchased names. In addition, there is no guarantee that the

Defendants will not attempt to re-auction the names at any time.

Because it is clear that Defendants Sedo and mTLD have no problem transferring names

at issue to third parties, even with this pending suit, a preliminary injunction is properly imposed

to allow sufficient time to resolve the differences between the parties and prevent the Defendants

from attempting to transfer other names at issue.

### 4. The Public Interest is Served by Granting the Motion

The Internet is a public commodity relied upon by hundreds of millions of people every

day. The ability to quickly find relevant content on mobile devices is desirable because it allows

users to save time and wireless fees as well as access coveted goods and services. This

substantial public interest is best served by granting this Motion.

Recent jurisprudence provides strong guidance on this point. In <u>Mooring Tax Asset</u>

<u>Group, LLC v. Marks</u>, 2005 D.C. Super. LEXIS 5, 10-11 (D.C. Super. Ct. 2005) the court

considered the transfer of unique property under similarly complicated circumstances. Upon

review, the Court noted that:

> the judicial system should not encourage, sanction, or foster fraudulent transfers of
> property. Since this transfer is suspect at best and fraudulent at worst, the public interest

weighs in favor of maintaining the status quo until the transaction can be further addressed.

Id. The facts are similar in this matter. Defendants' attempts to immediately resell the domain names, despite having binding contracts with the Plaintiff, is similarly "suspect at best and fraudulent at worse." The fact that Defendants are willing to transfer names at issue, as they have done with video.mobi even while pending this Court's review of the matter, is even more evidence that the public interest is not being served by the Defendants or their actions.

The Mooring court goes on to identify a problem that is equally prominent in this matter: "a third party who knows nothing of the facts . . . could purchase the property from Defendant and attempt to redeem it. Such third party would not gain title to the property and would become an innocent victim." Id. (citing M.M. & G., Inc. v. Jackson, 612 A.2d 186, 191 (D.C. 1992)). As shown, Defendants have already transferred at least one name and have previously announced plans to sell the disputed domain names to third parties under other circumstances. See Plaintiffs' Exhibit #19.

Of course, there are also situations, such as the transfer of the "video.mobi" name, where the third party is very well aware of the disputes surrounding the names. Defendant Colombani, who participated in the roundtable discussions along with Plaintiff Chmiel, was well aware of the disputes arising from the names, yet still accepted transfer of video.mobi. See Plaintiff Exhibit #23.

Allowing Defendants to continue to dangle the domain names in the marketplace at any time throws the proverbial monkey wrench into this matter. The transfer of video.mobi by Defendants Sedo and mTLD to a French citizen, for example, has complicated these proceedings for all involved parties, including the court. Such complications are easily avoided by granting the Plaintiff's requested injunction.

Finally, the <u>Mooring</u> court notes that land is "a unique, valuable, and potentially productive commodity." <u>Mooring Tax Asset Group, LLC at 11.</u> The court further notes that it "is in the public interest that the proper owner be determined as soon as possible" for disputes involving property that has such qualities. <u>Id.</u>

As discussed, domain names have the same qualities as real property. Domains are perfectly unique, valuable, and potentially productive as Internet portals for a worldwide economy to find goods and services that are in demand. Because domain names are designed to serve the public in helping users find relevant content on the Internet, the public interest is served in assuring that the rightful and most productive bidders are awarded the names.

Plaintiff Chmiel is an individual with an demonstrated public interest in ".mobi" domain names. He helped to co-found the website "Mobility.mobi," which allows for discussion and promotion of mobile web browsing. He has also developed numerous ".mobi" web sites in an attempt to improve the mobile web.

Further demonstrating his commitments to ".mobi" development, Plaintiff Chmiel is also a member and supporter of "The dotMobi Advisory Group." This group is an accredited independent not-for-profit industry forum with the goal of ensuring that the dotMobi Top Level Domain (.mobi) is operated in the best interests of the global dotMobi community and the Internet at large.

Defendants, in contrast, have shown no interest other than their private pursuit of maximum profits via the sale of the .mobi domain names. This is shown in Defendants' "compromise" proposal to the auction bidders, including Plaintiff, that offered each domain name featured in the auction to anyone that was willing to pay the highest price received in either the "original" or "restart" auction. Furthermore, Defendants put its interests in immediate profits

even above the "public interest" in having this dispute decided fairly by transferring "video.mobi" to a third party while suit was pending.

## B. Alternatively: Plaintiff Is Entitled to Early Discovery

Even where Plaintiff's substantial factual narrations and supporting exhibits are not sufficient to grant this Motion, it is appropriate for this court to authorize expedited discovery to allow Plaintiff's to obtain the information necessary to support this Motion before denying Plaintiff's request.

Such early discovery is permitted in appropriate cases with leave of court, and District of Columbia Courts have a history of granting requests for expedited discovery in similar matters. See generally Optic-Electronic Corp. v. United States, 683 F. Supp. 269, 271 (D.D.C. 1987).

Plaintiff Chmiel would not be able to timely obtain the relevant and necessary information through standard discovery requests pursuant to the Federal Rules of Civil Procedure. Accordingly, Plaintiff requests that this Court grant expedited discovery, including (a) authorization to take the deposition of any and all Defendants, including depositions conducted pursuant to Federal Rules of Civil Procedure 30(b)(6), so long as such testimony is reasonably believed to be necessary to obtain evidence to show cause for the granting of Plaintiff's Motion, (b) authorization to issue written discovery to each Defendant, not to exceed ten requests for admissions, ten interrogatories and ten requests for production of documents per Defendant, so long as the requests are reasonably necessary to obtain evidence to show cause for the granting of Plaintiff's Motion. Each Defendant would be obligated to serve a written response via personal service to Plaintiff's counsel within five calendar days of receipt.

While unlikely that the Plaintiff has not shown sufficient cause for a grant of this Motion, it would not be appropriate to deny such relief without granting Plaintiff the opportunity to perform expedited discovery to allow discovery of facts relevant to the Motion.

## CONCLUSION

Despite receiving binding invoices from Defendants, part of the Plaintiff's highly unique has already been transferred by Defendants and more of Plaintiff's property is in jeopardy of being sold or transferred by Defendants. Plaintiff potentially has, and potentially will suffer irreparable harm if the property escapes the custody of Defendants. Plaintiffs have shown substantial factual and legal support for their claims and are likely to prevail at trial. Defendants suffer virtually zero harm in being subject to an injunction, and the public interest of a more efficient mobile Internet is served by enjoining the Defendants. Accordingly, Plaintiffs' request for a Temporary Restraining Order and Preliminary Motion should be granted.

### Oral Hearing Requested

Plaintiff respectfully requests an oral hearing.

Respectfully submitted,

_____
Eric J. Menhart (D.C. Bar No. 975896)
CyberLaw P.C.
1200 G St NW Suite 800
Washington, DC 20005
eric.menhart@cyberlaw.pro
Phone: 202-434-8711
Fax: 240-539-6235
http://www.cyberlaw.pro

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this 6th day of March, 2008, a copy of the foregoing was electronically filed with the Clerk of the Court. All counsel of record registered with the Court's electronic filing system were automatically served by the system.


_____
Eric J. Menhart (D.C. Bar No. 975896)
CyberLaw P.C.
1200 G St NW Suite 800
Washington, DC 20005
eric.menhart@cyberlaw.pro
Phone: 202-434-8711 – Fax: 240-539-6235
http://www.cyberlaw.pro

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL CHMIEL | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    **Case No. 1:08-cv-00365-HHK** |
| | ) |
| SEDO.COM, LLC, ET AL. | ) |
| | ) |
| **Defendants** | ) |

## <u>ORDER</u>

In consideration of Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery, and pursuant to Federal Rules of Civil Procedure 65 it is hereby:

ORDERED, that pending a final decision on the merits of Plaintiff's claims, Defendants, including their officers, agents, servants, employees, successors and assigns, all persons acting in concert or participation with Defendants, and/or acting on its behalf or at their direction, are enjoined from engaging in the following activities:

(a) Defendants are enjoined from selling, auctioning, or otherwise attempting to transfer in any way the domain names sports.mobi, video.mobi, videos.mobi, photo.mobi, and photos.mobi.

SO ORDERED:

_____
Judge Henry H. Kennedy, Jr.
U.S. District Court for the District of Columbia



## dotmobi premium name online auctions



Prior to the launch of the .mobi domain in September 2006, dotMobi set aside approximately 5,500 "premium names" for distribution using non-traditional allocation models. These premium names are commonly used, generic words and phrases and will be allocated via publicized auctions and Request for Proposals (RFP) processes.

dotMobi is the first Internet domain registry to allocate selected domains in this manner; the reason for doing this is to help ensure that content providers and brands have access to desired names. The full list of these premium names and further information is available here.

dotMobi is now making hundreds of these premium domains available through a series of three online auction hosted by domain auction leader, Sedo.

The first of these three auctions commenced on 26 September 2007 to coincide with the anniversary of dotMobi's public launch. 100 premium names were auctioned during the seven day period; the list of names that was auctioned can be viewed here. The second auction began on 31 October 2007. The 100 premium names that were available during this seven-day auction can be viewed here.

Both the first and second auctions are now closed.

**The third and final auction will begin on 28 November 2007 and will close on 5 December 2007.** The 100 premium names that will be available during this seven-day auction can be viewed here or go directly to the auction platform.

Companies and individuals will be able to bid on the premium names offered by dotMobi and Sedo during these three auctions. The auction rules will follow Sedo's standard Terms and Conditions. In addition, dotMobi has further, minimal, requirements for the buyer:

- Domain to be registered by auction winner within 10 days of receiving authorization code
- Site to initially consist of a dotMobi-compliant parking page
- Best efforts to create, launch and operate a live web site with relevant content within six months. (For example, acupuncture.mobi should not display a site for car sales.)

Plaintiffs' Exhibit #1

- Fully compliant site with an http://ready.mobi score of at least 4/5.

By participating in the online auction, you hereby agree to the .mobi Auction End-User Agreement.

| Attachment | Size |
| --- | --- |
| 28 November 2007 Sedo Auction Names | 57.65 KB |
| 31 October 2007 Sedo Auction Names | 155.06 KB |
| Auction End User Agreement | 85.75 KB |
| 26 September 2007 Sedo Auction Names | 15.68 KB |

© 2008 mTLD, Ltd. All rights reserved. Legal

Plaintiffs' Exhibit #1

10115 Exchange Place, IDA, Dublin GMT, Ireland   P +353 1 554 1002   F +353 1 554 8500   www.mtld.mobi



**dotMobi Premium Names Being Made Available**
**via Sedo Online Auction (Starts 28 November 2007; ends 6 December 2007)**

| | | |
|---|---|---|
| alcohol.mobi | fitness.mobi | nightclubs.mobi |
| art.mobi | flores.mobi | phonebook.mobi |
| astrologia.mobi | florist.mobi | phonecards.mobi |
| astrology.mobi | florists.mobi | phonenumber.mobi |
| bar.mobi | flower.mobi | photo.mobi |
| beer.mobi | flowerdelivery.mobi | photos.mobi |
| bike.mobi | fotos.mobi | pictures.mobi |
| bikes.mobi | freegames.mobi | play.mobi |
| caffe.mobi | freemusic.mobi | psychic.mobi |
| career.mobi | freevideo.mobi | radio.mobi |
| careers.mobi | funnies.mobi | restaurant.mobi |
| celebrity.mobi | funny.mobi | restaurantreviews.mobi |
| celebritygossip.mobi | galleries.mobi | resume.mobi |
| chef.mobi | game.mobi | resumes.mobi |
| chocolate.mobi | games.mobi | rose.mobi |
| classifieds.mobi | gamesites.mobi | roses.mobi |
| club.mobi | gift.mobi | sendflowers.mobi |
| clubs.mobi | hiphop.mobi | soccer.mobi |
| coffee.mobi | hobbies.mobi | song.mobi |
| comedy.mobi | horoscope.mobi | spiel.mobi |
| comics.mobi | horoscopes.mobi | spiele.mobi |
| dance.mobi | horoscopos.mobi | sport.mobi |
| deportes.mobi | job.mobi | sports.mobi |
| diccionario.mobi | joblistings.mobi | sportsbetting.mobi |
| dictionary.mobi | joke.mobi | sportwetten.mobi |
| dictonary.mobi | jokes.mobi | tequila.mobi |
| dirt.mobi | juegos.mobi | video.mobi |
| drink.mobi | magazine.mobi | videogames.mobi |
| easy.mobi | magic.mobi | videos.mobi |
| eatingout.mobi | movie.mobi | vodka.mobi |
| entertainment.mobi | movies.mobi | wine.mobi |
| fashion.mobi | music.mobi | yoga.mobi |
| fastfood.mobi | musica.mobi | |
| film.mobi | musicdownload.mobi | |

Updated 18 November 2007; 15:00 US Eastern

**Plaintiffs' Exhibit #2**

mTLD Board Directors: J Easom, Chairman (USA), H Oversen (SWE), K Bichara (EGY), M Champagne (USA), DH Kwon (KOR),
N B Kowalewski (D), R Kreft (D),  G Liggieri (ITA),  D Ventakachari (USA), L J Romero (ESP), C Saibaing (F), T Skytta (FIN).
dotMobi (mTLD Top Level Domain, Ltd.) Registered Office: Arthur Cox, Earlsfort Centre, Earlsfort Terrace, Dublin 2 Ireland.
Place of registration: Dublin (IRL). VAT #:6418040S. Registration #: 398040



UK    deutsch    español    francais

Username

Password

Home    Park Domains    Buy Domains    Sell Domains    Services    About us    My Sedo

▶ **Login**

Register
Lost
Password?
Security
Advice

Sedo

## DOTMOBI TO LAUNCH SPECIAL PREMIUM NAME AUCTION SERIES

*Highly desired domain names, including ask.mobi, atm.mobi, cars.mobi, love.mobi and moto.mobi to be made available*

DUBLIN, Ireland and WASHINGTON, DC – September 13, 2007 – dotMobi today announced the first in a series of three monthly online auctions for highly desired premium domain names, including ask.mobi, atm.mobi, cars.mobi, love.mobi and moto.mobi.

Beginning Wednesday, September 26 – the first anniversary of .mobi's general availability – 100 "Premium Names" will be auctioned through Sedo.com with other auctions to follow in October and November.

The dotMobi Premium Names list is a set of more than 5,500 commonly used words that the dotMobi domain name registry set aside during its formation. dotMobi is the first domain company to offer selected names directly to the market via an auction process rather than a traditional "first come, first served" process.

"The mobile web is bigger than the PC-based, wired web with more than 1.6 billion Internet-enabled consumers walking around the world. Brands need an easy-to-remember way to attract consumers on the go. dotMobi has one of the highest sought-after list of in-demand domain names in the world," said David Ryder, dotMobi's VP of Marketing and Sales. "dotMobi is selling these highly-sought after names through Sedo because they are one of the main places on the Internet where brand managers search for domain names."

Tim Schumacher, CEO of Sedo, said, "dotMobi's premium names are specifically designed for people wanting to reach a mobile audience. Sedo's buyers have been lining up for more than a year now to get a chance to buy these dotMobi names. We are excited that dotMobi will use us as their first online auction. "

Any company or individual will be able to bid on the Premium Names offered by Sedo. The auction rules will follow Sedo's standard auction terms and conditions. dotMobi does have some minimal requirements for the buyer, such as:

Domain to be registered by auction winner within 10 days of receiving authorization code

Site to initially consist of a dotMobi compliant parking page (available via Sedo.com)

Best efforts to create, launch and operate a live web site with relevant content within six months. For example, acupuncture.mobi should not display a site for car sales.

### Domain News

16/01/2008: First GreatDomains Auction of '08
▪ more

15/01/2008: Jan 23rd .MOBI Auction Postponed
▪ more

20/12/2007: Sedo: #1 E-commerce Host
▪ more

**RSS**

Plaintiffs' Exhibit #3

Fully compliant site with an http://ready.mobi score of at least 4/5 (highest score is 5/5).

Full information, including the list of auction names, is located on the dotMobi web site at http://premiumauction.mobi.

**About dotMobi**

dotMobi (the informal name of mTLD Top Level Domain, Ltd.), a consortium based in Dublin, Ireland with offices in Washington, DC and Beijing, is leading the growth of Internet use from mobile phones with the .mobi domain name. Unique among domain name providers, dotMobi ensures that services and sites developed around .mobi are optimized for use by mobile devices. On-the-go consumers can have confidence that an Internet site or service will work on their mobile phones when using a .mobi address.

dotMobi is backed by leading mobile operators, network & device manufacturers, and internet content providers, including Ericsson, GSM Association, Hutchison 3, Microsoft, Nokia, Orascom Telecom, Samsung Electronics, Syniverse, T-Mobile, Telefonica Moviles, TIM, Visa and Vodafone. dotMobi is also a sponsor of W3C's Mobile Web Initiative.

For more information on dotMobi domains and registration information, visit http://dotmobi.mobi.Visit the dotMobi blog at http://blog.mobi.

**About Sedo**

Sedo, an acronym for "Search Engine for Domain Offers," is the leading online marketplace for buying and selling domain names and websites. Headquartered in Cambridge, Mass., Sedo has assembled the world's largest database of domain names for sale, with more than seven million listings. The success of Sedo's model has attracted a global membership base of more than 350,000 domain professionals. Sedo is majority-owned by AdLINK Group (ISIN DE0005490155 / German WKN: 549015), which is part of the German United Internet AG (ISIN DE0005089031/ WKN 508903). Sedo offers regional versions of its site for the UK (Sedo.co.uk), France (Sedo.fr), Germany (Sedo.de), and Spain (Sedo.com).

For additional information, please visit www.sedo.com.

**For more information, please contact:**

Vance Hedderel
dotMobi
+1-703-485-5563
vhedderel@mtld.mobi


Danielle Siemon
A&R Edelman for dotMobi (US)



Plaintiffs' Exhibit #3

+1-650-762-2947
danielle.siemon@edelman.com


Sasha Manners
Edelman for dotMobi (Europe)
+44-20-7344-1504
sasha.manners@edelman.com


Kate Donahue
Director of Marketing
Sedo
+1-617-499-7260
kate@sedo.com

Home    About us    Price List    Advertising    Policies    © 1999-2007 Sedo

Plaintiffs' Exhibit #3

UK | deutsch | espaÃ±ol | franÃ§ais

Logout

**Hello Constantinos**

Welcome to the member area!

# (sedo®

| Home | Park Domains | Buy Domains | Sell Domains | Services | About us | My Sedo |

**My Sedo**

- Add Domains
- Add a Website
- Domain Management
- Domain Parking
- Domain Parking (old)
- Promote Domains
- Offers received
- Offers you've made
- Buyer Control Panel
- View Transactions
- Domain Appraisals
- My Watchlist
- Account Data
- Payment Details
- Partner Stats
- Billing
- Buyer Certification

**Domain Search**

Search over 8 million domains for sale:

www.domain.com

[search!]

- Advanced search

**Domain News**

05/12/2007: .MOBI Auction Will Be Extended
➔ more

04/12/2007: .MOBI Auction Closing Within 24 hours!
➔ more

29/11/2007: .MOBI Premium Auction Now Running
➔ more

RSS



**music.mobi | Bidding History**

**Winning Bid:**          66,000 USD
                         **Reserve met!**

**Winning Bidder: You**

Auction ended: Dec/05/07 12:00 PM EST

## Bidding **History**

| Bidder | Date | Amount | | Info |
|--------|------|--------|--|------|
| **Your Bid** | Dec/05/07 11:53 AM EST | 66,000 USD | | Winning Bid! |
| **Bidder 9** | Dec/05/07 11:53 AM EST | 65,000 USD | | Bid automatically placed by Sedo. ⓘ |
| **Bidder 9** | Dec/05/07 11:37 AM EST | 54,000 USD | | |
| **Bidder 11** | Dec/05/07 08:06 AM EST | 53,000 USD | | |
| **Bidder 10** | Dec/05/07 06:21 AM EST | 52,000 USD | | |
| **Bidder 11** | Dec/04/07 05:01 AM EST | 51,000 USD | | |
| **Bidder 9** | Dec/03/07 05:58 AM EST | 50,000 USD | | Bid automatically placed by Sedo. ⓘ |
| **Bidder 10** | Dec/03/07 05:58 AM EST | 50,000 USD | | |
| **Bidder 9** | Dec/02/07 11:23 AM EST | 49,000 USD | | Bid automatically placed by Sedo. ⓘ |


$50 OFF!* first year

More Power to You.

GET: Customers

Plaintiffs' Exhibit #4

**Eric Menhart**

| | |
|---|---|
| **From:** | pcaero@comcast.net |
| **Sent:** | Wednesday, January 02, 2008 5:52 PM |
| **To:** | Eric Menhart; Paul Farkas |
| **Subject:** | FW: You're the winner of videos.mobi / Paul Chmiel |

-------------- Forwarded Message: --------------
From: auctions@sedo.com
To: pcaero@comcast.net
Subject: You're the winner of videos.mobi
Date: Wed, 5 Dec 2007 17:16:28 +0000

Hello Paul,

Congratulations! The auction for videos.mobi has closed and you are the highest bidder.

You can review the auction history here:
http://www.sedo.com/auction/index.php?language=us&auction_id=20782

The next step:

Please log into your account to review the purchase and sales agreement and access your invoice.
Instructions on submitting payment are available on the invoice.
As soon as payment is confirmed your personal transfer agent will work with you and the seller to smoothly transfer the domain to your registrar.
Should you have questions please contact us at info@sedo.com

Best Regards,

Your Sedo Team

_____

Sedo.com :: 161 First Street :: Cambridge, MA 02142
tel 617-499-7200 :: fax 617-499-7203
http://www.sedo.com :: info@sedo.com

_____:: make a name for yourself.

Confidentiality Statement:
This e-mail, including attachments, may include confidential and/or proprietary

Plaintiffs' Exhibit #7

information, and may be used only by the person or entity to which it is
addressed. If the
reader of this e-mail is not the intended recipient or his or her authorized
agent, the
reader is hereby notified that any dissemination, distribution or copying of
this e-mail is
prohibited. If you have received this e-mail in error, please notify the sender
by replying
this message and delete this e-mail immediately.

Plaintiffs' Exhibit #7

1/17/2008

## Eric Menhart

**From:**    pcaero@comcast.net
**Sent:**    Wednesday, January 02, 2008 5:51 PM
**To:**      Eric Menhart; Paul Farkas
**Subject:** FW: You're the winner of video.mobi / Paul Chmiel

-------------- Forwarded Message: --------------
From: auctions@sedo.com
To: pcaero@comcast.net
Subject: You're the winner of video.mobi
Date: Wed, 5 Dec 2007 17:16:29 +0000

Hello Paul,

Congratulations! The auction for video.mobi has closed and you are the highest
bidder.

You can review the auction history here:
http://www.sedo.com/auction/index.php?language=us&auction_id=20780

The next step:

Please log into your account to review the purchase and sales agreement and
access your invoice.
Instructions on submitting payment are available on the invoice.
As soon as payment is confirmed your personal transfer agent will work with you
and the seller to smoothly transfer the domain to your registrar.
Should you have questions please contact us at info@sedo.com

Best Regards,

Your Sedo Team

_____

**Sedo.com :: 161 First Street :: Cambridge, MA 02142**
**tel 617-499-7200 :: fax 617-499-7203**
**http://www.sedo.com :: info@sedo.com**

_____:: make a name for yourself.**

**Confidentiality Statement:**
**This e-mail, including attachments, may include confidential and/or proprietary**
**information, and may be used only by the person or entity to which it is**

Plaintiffs' Exhibit #8

**addressed. If the
reader of this e-mail is not the intended recipient or his or her authorized
agent, the
reader is hereby notified that any dissemination, distribution or copying of
this e-mail is
prohibited. If you have received this e-mail in error, please notify the sender
by replying
this message and delete this e-mail immediately.**

Plaintiffs' Exhibit #8

1/17/2008

**Eric Menhart**

---

**From:**     pcaero@comcast.net
**Sent:**     Wednesday, January 02, 2008 5:50 PM
**To:**     Eric Menhart; Paul Farkas
**Subject:** FW: You're the winner of photos.mobi / Paul Chmiel

-------------- Forwarded Message: --------------
From: auctions@sedo.com
To: pcaero@comcast.net
Subject: You're the winner of photos.mobi
Date: Wed, 5 Dec 2007 17:16:35 +0000

Hello Paul,

Congratulations! The auction for photos.mobi has closed and you are the highest
bidder.

You can review the auction history here:
http://www.sedo.com/auction/index.php?language=us&auction_id=20759

The next step:

Please log into your account to review the purchase and sales agreement and
access your invoice.
Instructions on submitting payment are available on the invoice.
As soon as payment is confirmed your personal transfer agent will work with you
and the seller to smoothly transfer the domain to your registrar.
Should you have questions please contact us at info@sedo.com

Best Regards,

Your Sedo Team

_____

Sedo.com :: 161 First Street :: Cambridge, MA 02142
tel 617-499-7200 :: fax 617-499-7203
http://www.sedo.com :: info@sedo.com

_____:: make a name for yourself.

Confidentiality Statement:
This e-mail, including attachments, may include confidential and/or proprietary

Plaintiffs' Exhibit #9

information, and may be used only by the person or entity to which it is
addressed. If the
reader of this e-mail is not the intended recipient or his or her authorized
agent, the
reader is hereby notified that any dissemination, distribution or copying of
this e-mail is
prohibited. If you have received this e-mail in error, please notify the sender
by replying
this message and delete this e-mail immediately.

Plaintiffs' Exhibit #9

## Eric Menhart

| | |
|---|---|
| **From:** | pcaero@comcast.net |
| **Sent:** | Wednesday, January 02, 2008 5:50 PM |
| **To:** | Eric Menhart; Paul Farkas |
| **Subject:** | FW: You're the winner of photo.mobi / Paul Chmiel |

-------------- Forwarded Message: --------------
From: auctions@sedo.com
To: pcaero@comcast.net
Subject: You're the winner of photo.mobi
Date: Wed, 5 Dec 2007 17:16:35 +0000


Hello Paul,

Congratulations! The auction for photo.mobi has closed and you are the highest
bidder.

You can review the auction history here:
http://www.sedo.com/auction/index.php?language=us&auction_id=20758

The next step:

Please log into your account to review the purchase and sales agreement and
access your invoice.
Instructions on submitting payment are available on the invoice.
As soon as payment is confirmed your personal transfer agent will work with you
and the seller to smoothly transfer the domain to your registrar.
Should you have questions please contact us at info@sedo.com


Best Regards,

Your Sedo Team

_____

**Sedo.com :: 161 First Street :: Cambridge, MA 02142**
**tel 617-499-7200 :: fax 617-499-7203**
**http://www.sedo.com :: info@sedo.com**

_____:: make a name for yourself.**

**Confidentiality Statement:**
**This e-mail, including attachments, may include confidential and/or proprietary**
**information, and may be used only by the person or entity to which it is**

Plaintiffs' Exhibit #10

**addressed. If the
reader of this e-mail is not the intended recipient or his or her authorized
agent, the
reader is hereby notified that any dissemination, distribution or copying of
this e-mail is
prohibited. If you have received this e-mail in error, please notify the sender
by replying
this message and delete this e-mail immediately.**

Plaintiffs' Exhibit #10

**Eric Menhart**

| | |
|---|---|
| **From:** | pcaero@comcast.net |
| **Sent:** | Wednesday, January 02, 2008 5:49 PM |
| **To:** | Eric Menhart; Paul Farkas |
| **Subject:** | FW: You're the winner of sports.mobi / Paul Chmiel |

-------------- Forwarded Message: --------------
From: auctions@sedo.com
To: pcaero@comcast.net
Subject: You're the winner of sports.mobi
Date: Wed, 5 Dec 2007 17:16:29 +0000

Hello Paul,

Congratulations! The auction for sports.mobi has closed and you are the highest bidder.

You can review the auction history here:
http://www.sedo.com/auction/index.php?language=us&auction_id=20776

The next step:

Please log into your account to review the purchase and sales agreement and access your invoice.
Instructions on submitting payment are available on the invoice.
As soon as payment is confirmed your personal transfer agent will work with you and the seller to smoothly transfer the domain to your registrar.
Should you have questions please contact us at info@sedo.com

Best Regards,

Your Sedo Team

_____

Sedo.com :: 161 First Street :: Cambridge, MA 02142
tel 617-499-7200 :: fax 617-499-7203
http://www.sedo.com :: info@sedo.com

_____:: make a name for yourself.

Confidentiality Statement:
This e-mail, including attachments, may include confidential and/or proprietary

Plaintiffs' Exhibit #11

1/17/2008

information, and may be used only by the person or entity to which it is
addressed. If the
reader of this e-mail is not the intended recipient or his or her authorized
agent, the
reader is hereby notified that any dissemination, distribution or copying of
this e-mail is
prohibited. If you have received this e-mail in error, please notify the sender
by replying
this message and delete this e-mail immediately.

Plaintiffs' Exhibit #11

**From:** info@news.sedo.com
**To:** costagiorgio@sbcglobal.net
**Sent:** Wednesday, December 05, 2007 11:05 AM
**Subject:** .MOBI Auction will be Extended



Dear ,

We are aware the there are some problems with the .MOBI Auction at this time. Due the down time we were not able to extend the auction before the set closing time. Some bidders may have received emails saying that they have won the auction, however because the system was down the highest bid at the time the system failed are not binding according to our terms and conditions. The auction will be up and running very shortly and will be extended until 3pm EST to ensure all interested parties can place their bids. While this is unfortunate, the good news is that the problems are due to the large number of last minute bidders! This is the first time an auction has brought down our servers due to such a large amount of activity.

Be assured that if there is any additional down time again, it will again be extended to ensure all bidders can place their desired bids. You can check the auction details page to ensure the your bid was accepted. We apologize for any inconvenience this may have caused.

Best Regards,

Your Sedo Team
Sedo.com :: 161 First St :: Cambridge, MA 02142
http://www.sedo.com :: info@sedo.com

Confidentiality Statement: This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.



www.sedo.com

Plaintiffs' Exhibit #15

**From:** kathryn@sedo.com
**To:** 'costagiorgio@sbcglobal.net' ; steve.opadeji@sedo.com
**Sent:** Wednesday, December 05, 2007 10:40 AM
**Subject:** RE: music.mobi

Hello Costa,

I understand your frustrations and I apologize for any inconvenience.  Because the system was down at the time the auction closed, the highest bid at the set closing time is not binding according to our terms and conditions.  The auction will now be extended until 3pm EST.  Please check the Sedo news posts for updates.

Kind Regards,

Kate Donahue
--
Director of Marketing
Sedo.com :: 161 First St :: Cambridge, MA 02142
tel 617-499-7260 :: fax 617-499-7203

http://www.sedo.com :: Kate@sedo.com

Confidentiality Statement:
This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

Plaintiffs' Exhibit #16

# dotMobi

This blog is about the business and pleasure of mobile content, hosted by executives and partners behind dotMobi, a consortium established to support and promote the .mobi Internet domain. Learn more at http://dotmobi.mobi/.

**D O T M O B I**



« .mobi: Changing the Course of Politics | Main | What a Day.... »

**05 DECEMBER 2007**

### NEWSFLASH - Auction has been extended!

~~Anyone watching and participating in the latest Sedo auction will have seen that there were a few hitches. So many people visited the Sedo site that their server went down for the first time in history.~~

~~The auction is now back on and has been extended - remaining time is just over and hour and a half as I write.~~

~~Sedo and dotMobi are working hard to inform all participants - please help us spread the word and revisit the site!~~

Posted by Caroline Greer on 05 December 2007 at 06:23 PM in Auctions, dotMobi, Messages from dotMobi, Premium Names | Permalink

**TRACKBACK**

TrackBack URL for this entry:
http://www.typepad.com/t/trackback/820143/23961086

Listed below are links to weblogs that reference NEWSFLASH - Auction has been extended!:

**R S S**

FEED

**U P D A T E S   B Y
E M A I L**

Enter your email to subscribe:

[ Subscribe me! ]

Powered by FeedBlitz

**R E C E N T   P O S T S**

dotMobi Community Proposal re: Sedo Auction

Online Auction Update: Postponed

Improved site building goodness: site.mobi goes 3.0

Open Letter to the dotMobi Community from Trey Harvin, dotMobi CEO

Update: Sedo Premium Name Online Auction #3

Plaintiffs' Exhibit #17

**COMMENTS**

Is it true 1 person bought these domains?

GAMES.MOBI
MOVIES.MOBI
MUSIC.MOBI
PHOTOS.MOBI
SPORTS.MOBI
VIDEOS.MOBI

This alleged buyer adds,
"I am not planning on developing these names, I am planing on selling
these sometime in the near future, because I am focusing in Clics.com.. :-)
I am already getting emails with offers, for the group and as single. :-)))"

Here is his blog...

http://alvaroalbarracin.blogspot.com/2007/12/i-am-acquiring-very-best-n

Aren't there development requirements? Is he exempt?

Posted by: Robert | 06 December 2007 at 05:27 AM

I am totally disappointed by the unfair and unethical manner in which the
third sedo dotmobi auctions were held yesterday. The auction was loaded
with interruptions and slowdowns. If they had decided to extend the
auction they should have mailed us immediately. They took their own
sweet time and sent an email after a couple of hours and intimated that the
auction is extended by an hour from the time that I had received the mail.
The worst part is that I could not even participate in the extended aucton
as I was totally unaware of the extension, until after the completion of the
extended auction. I do not blame myself for not checking my mailbox, two
hours after the auction was initially concluded, given that it was midnight
and was the time to retire to bed in Asia. We were not even aware that we
had lost the sites that were initially awarded to us before the extension,
until early in the morning. I blame the sedo officials for not bothering to
call or SMS and ensure that every participant in the auction gets the
message of extension of their auction before proceeding further with their
unexpected extension.

Plaintiffs' Exhibit #17

# T E C H N O R A T I

Search this blog:

[                    ] [ Search ]

**»** Blogs that link here

**Ŀ** Technorati

Plaintiffs' Exhibit #17

**From:** premium@mtld.mobi
**To:** costa@music.us
**Sent:** Wednesday, December 05, 2007 10:53 AM
**Subject:** IMPORTANT AUCTION UPDATE



**Greetings!**

This a news alert to inform you that due to problems with Sedo's server, the latest .mobi premium name auction has been extended and is currently due to close today at 3pm EST / 8pm GMT.

If you were previously participating in the auction, please revisit Sedo's site and continue to bid!

You can join the auction at:
http://www.sedo.com/search/searchresult.php4?auctionevent=dotmobi&language=us

If you have any issues, please email premium@mtld.mobi

Thank you

The dotMobi Team

**Forward email**

✉ **SafeUnsubscribe®**
This email was sent to costa@music.us, by premium@mtld.mobi
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

dotMobi | 10/11 Exchange Place | IFSC | Dublin 1 | Ireland

Email Marketing by


Plaintiffs' Exhibit #18

**From:** info@news.sedo.com
**To:** costagiorgio@sbcglobal.net
**Sent:** Monday, December 17, 2007 12:45 PM
**Subject:** Sedo hosted .mobi Auction



Dear Constantinos,

On December 5, 2007, the third and final .MOBI auction was scheduled to close on Sedo's domain auction platform. In line with the previous two .MOBI auctions, the available domains garnered significant attention and received many competing bids in the seven days the auction ran. The domains received so much attention in the final moments that Sedo's auction servers crashed before the completion of the auctions, rendering our system incapable of processing many validly submitted bids, including proxy bids set by user's using the feature to automatically bid up to a maximum amount, and sending out winner notifications in error.

While Sedo takes steps to ensure the stability and security of our services, the crash that occurred could not have been predicted given traffic spikes more than ten times higher than anticipated by previous high-traffic auctions. Decisions were made with the intention of protecting all parties involved, but as we have learned from investigating the crash more carefully since December 5th, the auction was compromised and as such, DotMobi has exercised its right to declare the auction results void and will conduct a new auction at Sedo.com beginning on January 23rd, 2008. Sedo will be contacting everyone who participated in the auction to inform them of this decision.

Sedo apologizes for any delays responding to user concerns about the close of the auction, but a thorough investigation was necessary to determine what exactly occurred when the servers failed. As the world's largest marketplace for buying and selling domain names, we take great pride at Sedo in our efforts to ensure the operation and security of our marketplace at all times. While this crash has forced us to reconsider the maximum levels of traffic our site may receive at any given time, we can ensure all of our users that steps are being actively taken to strengthen our protective measures to ensure any auction—whether one domain or special auction event such as .MOBI—run smoothly and close without any of the problems we experienced on December 5th.

Thank you for your understanding and best wishes from Sedo during this holiday season!

Best Regards,

Your Sedo Team
Sedo.com :: 161 First St :: Cambridge, MA 02142
http://www.sedo.com :: info@sedo.com

Confidentiality Statement: This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-

Plaintiffs' Exhibit #19

mail is prohibited. If you have received this e-mail in error, please notify the sender by
replying to this message and delete this e-mail immediately.



www.sedo.com

Plaintiffs' Exhibit #19



## dotmobi whois search

Enter Domain: [_____]    [ Check .mobi Whois ]

To search by Domain Name, type "example.mobi"

To search by Contact ID, type "contact mTLD-37nDXJNx" (case sensitive)

To search by Registrar, type "registrar EuroDNS S.A."

Make sure your search is spelled correctly.

This database contains .MOBI domains only.

Make sure you are using a valid keyword or modifier.

Use alphanumeric characters and hyphens only.

Domains must be at least three characters in length.

Do not begin or end your domain name with a hyphen.


WHOIS Details:

mTLD WHOIS LEGAL STATEMENT AND TERMS & CONDITIONS: The WHOIS service offered
by mTLD and the access to the records in the mTLD WHOIS database are provided
for information purposes only. It allows persons to check whether a specific
domain name is still available or not and to obtain information related to
the registration records of existing domain names. mTLD cannot, under any
circumstances, be held liable in case the stored information would prove to
be wrong, incomplete, or not accurate in any sense. By submitting a query
you agree not to use the information made available to: allow, enable or
otherwise support the transmission of unsolicited, commercial advertising or
other solicitations whether via email or otherwise; target advertising in any
possible way; or to cause nuisance in any possible way to the registrants by
sending (whether by automated, electronic processes capable of enabling high
volumes or other possible means) messages to them. Without prejudice to the
above, it is explicitly forbidden to extract, copy and/or use or re-utilise
in any form and by any means (electronically or not) the whole or a
quantitatively or qualitatively substantial part of the contents of the WHOIS
database without prior and explicit permission by mTLD, nor in any attempt
hereof, or to apply automated, electronic processes to mTLD (or its systems).
You agree that any reproduction and/or transmission of data for commercial
purposes will always be considered as the extraction of a substantial part of
the content of the WHOIS database. By submitting the query you agree to abide
by this policy and accept that mTLD can take measures to limit the use of its
WHOIS services in order to protect the privacy of its registrants or the
integrity of the database.

Domain ID: D8173-MOBI
Domain Name: VIDEO.MOBI
Created On: 11-May-2006 22:17:24 UTC
Last Updated On: 22-Feb-2008 13:09:16 UTC
Expiration Date: 11-May-2009 22:17:24 UTC
Last Transferred Date: 21-Feb-2008 10:40:23 UTC

Plaintiff Exhibit #20

Trademark Name: Premium Name
Trademark Country: IE
Trademark Number: Premium Name
Date Trademark Applied For: 2005-01-01
Date Trademark Registered: 2006-01-01
Sponsoring Registrar: Moniker Online Services LLC (228)
Created by Registrar: mTLD Mobile Top Level Domain (4000002)
Last Updated by Registrar: Moniker Online Services LLC (228)
Status: CLIENT DELETE PROHIBITED
Status: CLIENT TRANSFER PROHIBITED
Status: CLIENT UPDATE PROHIBITED
Status: TRANSFER PROHIBITED
Registrant ID: MONIKER456156
Registrant Name: colombani jean romain
Registrant Street1: 39 rue celony
Registrant City: aix en provence
Registrant State/Province: null
Registrant Postal Code: 13100
Registrant Country: FR
Registrant Phone: +33.619712498
Registrant FAX: +1.488676059
Registrant Email: colombani@colombani.mobi
Admin ID: MONIKER456156
Admin Name: colombani jean romain
Admin Street1: 39 rue celony
Admin City: aix en provence
Admin State/Province: null
Admin Postal Code: 13100
Admin Country: FR
Admin Phone: +33.619712498
Admin FAX: +1.488676059
Admin Email: colombani@colombani.mobi
Tech ID: MONIKER456156
Tech Name: colombani jean romain
Tech Street1: 39 rue celony
Tech City: aix en provence
Tech State/Province: null
Tech Postal Code: 13100
Tech Country: FR
Tech Phone: +33.619712498
Tech FAX: +1.488676059
Tech Email: colombani@colombani.mobi
Name Server: NS3.DOMAINSERVICE.COM
Name Server: NS2.DOMAINSERVICE.COM
Name Server: NS1.DOMAINSERVICE.COM
Name Server: NS4.DOMAINSERVICE.COM

© 2008 mTLD, Ltd. All rights reserved. Legal

Plaintiff Exhibit #20



## dotmobi premium name online auctions



Prior to the launch of the .mobi domain in September 2006, dotMobi set aside approximately 5,500 "premium names" for distribution using non-traditional allocation models. These premium names are commonly used, generic words and phrases and will be allocated via publicized auctions and Request for Proposals (RFP) processes.

dotMobi is the first Internet domain registry to allocate selected domains in this manner; the reason for doing this is to help ensure that content providers and brands have access to desired names. The full list of these premium names and further information is available here.

dotMobi is now making hundreds of these premium domains available through a series of three online auction hosted by domain auction leader, Sedo.

The first of these three auctions commenced on 26 September 2007 to coincide with the anniversary of dotMobi's public launch. 100 premium names were auctioned during the seven day period; the list of names that was auctioned can be viewed here. The second auction began on 31 October 2007. The 100 premium names that were available during this seven-day auction can be viewed here.

Both the first and second auctions are now closed.

**The third and final auction will begin on 28 November 2007 and will close on 5 December 2007.** The 100 premium names that will be available during this seven-day auction can be viewed here or go directly to the auction platform.

Companies and individuals will be able to bid on the premium names offered by dotMobi and Sedo during these three auctions. The auction rules will follow Sedo's standard Terms and Conditions. In addition, dotMobi has further, minimal, requirements for the buyer:

- Domain to be registered by auction winner within 10 days of receiving authorization code
- Site to initially consist of a dotMobi-compliant parking page
- Best efforts to create, launch and operate a live web site with relevant content within six months. (For example, acupuncture.mobi should not display a site for car sales.)
- Fully compliant site with an http://ready.mobi score of at least 4/5.

By participating in the online auction, you hereby agree to the .mobi Auction End-User Agreement.

| Attachment | Size |
| --- | --- |
| 28 November 2007 Sedo Auction Names | 57.65 KB |
| 31 October 2007 Sedo Auction Names | 155.06 KB |
| Auction End User Agreement | 85.75 KB |
| 26 September 2007 Sedo Auction Names | 15.68 KB |

© 2008 mTLD, Ltd. All rights reserved. Legal

Plaintiff Exhibit #21



# ICANN
## participation

Home  Hot Topics  Meeting Archives  News  Forums  Help

## The New gTLD's .ASIA and .MOBI will fail, miserably...

Submitted by John Daniels on Sat, 2008-02-16 03:42. gTLDs

Greetings. The new GTLD's are a complete waste of time and effort, and are a massive failure before they've even been initiated. No one will build websites on them, and only speculators will buy them. Insiders and speculators have already bought up all the premium generic names. .MOBI and .ASIA domains are now worthless, because there will be little or no development on these names. The so called "Sunrise" and Landrush" are a joke: these periods were done so quietly and under the radar that only a very very small set of insiders have the best names. As a result, their greed will be their undoing: because just like real estate, the value of a domain is not just dependent on the generic term, but whether or not there is any development in the area.

To Compare, owning one of these domains will be like all those empty houses that speculators bought in the US in 2005. To build a website on .ASIA or .MOBI is like building a house in the middle of the desert, with no people around for miles. Its a shame. I wont even bother with these domains. Who cares about them if you cant get at least one premium name?

John Daniels's blog Login or register to post comments

**Comments**

### John open your eyes!

Submitted by texasmobi on Thu, 2008-02-21 08:20.

John,

I invite you to drop by mobility.mobi and learn. Maybe you will open your eyes about .MOBI

Login or register to post comments

### "Nobody Will Build"

Submitted by Holly on Wed, 2008-02-20 17:57.

Well, John, I have to take issue with you there. Plenty of people and major multinational corporations are building websites on .mobi, and the traffic increases daily.

There is a big difference between weather.com and weather.mobi, which are registered to the same company. ESPN has ESPN.mobi, Bank of America has BofA.mobi, Air France has AirFrance.mobi, and Zagat restaurant reviews has zagat.mobi, which is incidentally advertised quite well and even makes an appearance on the latest iPhone commercial. I won't list all of the sites here, but the list is growing as corporations and individuals learn to develop in a way that phone users can access the information.

At mobiEnthusiast.mobi, we profile several sites a week in the .mobi namespace. We could do more, but our strict standards require that participating websites meet the development standards of resolving on mobile phones as outlined at ready.mobi. The AW Stats page for mobiEnthusiast reads like a world atlas, with flags from dozens of countries and more are added every day.

Therefore, I disagree entirely with your premise and encourage you to learn more about this before dismissing it out of hand.

Plaintiff Exhibit #22

### "No one will Build Websites on Them"

Submitted by Holly on Wed, 2008-02-20 16:39.

Well, John, I have to take issue with you there. Plenty of people and major multinational corporations are building websites on .mobi, and the traffic increases daily.

There is a big difference between weather.com and weather.mobi, which are registered to the same company. ESPN has ESPN.mobi, Bank of America has BofA.mobi, Air France has AirFrance.mobi, and Zagat restaurant reviews has zagat.mobi, which is incidentally advertised quite well and even makes an appearance on the latest iPhone commercial. I won't list all of the sites here, but the list is growing as corporations and individuals learn to develop in a way that phone users can access the information.

At mobiEnthusiast.mobi we profile several sites a week in the .mobi namespace. We could do more, but our strict standards require that participating websites meet the development standards of resolving on mobile phones as outlined at ready.mobi. The AW Stats page for mobiEnthusiast reads like a world atlas, with flags from dozens of countries and more are added every day.

Therefore, I disagree entirely with your premise and encourage you to learn more about this before dismissing it out of hand.

Login or register to post comments

### Negative Johny….

Submitted by thebiffenator on Wed, 2008-02-20 07:51.

your right John, Daniels,

.mobi will fail miserbly, but only for you :)

My stats from my 12 plus .mobis "LIVE NOW" will show you, that people love .mobi and this from away from forums.

This past weekend, 140 new users "globall" to ipad.mobi. And yes I advertised it on admob, but their seems to be a big need! And I get about 2 new random users a day now! And my other stats for my other sites are nice as well. Most are page ranked 3-4!

Please do your homework before bashing Daniels!

Login or register to post comments

### John Daniel, I beg to

Submitted by CAG on Tue, 2008-02-19 21:31.

John Daniel,

I beg to differ. The TLD space is reasonably competitive (and competition is set to increase with the introduction of new TLDs of course) but there is still room for TLDs that can show real value. And competition is good - it raises the game.

dotMobi is on track to hit one million domain names in a couple of months - not bad going for a TLD that launched just over 18 months ago. Rome was not built in a day but we are seeing more and more sites go live every day [take a look at http://mtld.mobi/showcase/all] and some real consumer use proof points.

And you have every chance in the world at securing a .mobi premium name - we have allocated less than 500, leaving us with 5000 to go!

Caroline Greer

dotMobi

Login or register to post comments

Plaintiff Exhibit #22





Welcome, CyberLaw.pro.
You last visited: 02-29-2008 at 06:06 PM
Private Messages: Unread **1**, Total 1.

Mobility.mobi > General > Private Discussion (Members only)
**Mobility Round Table for those affected by the 3rd Sedo dotMobi Auction**

| User CP | Register | FAQ | Members List | Calendar | New Posts | Search | Quick Links | Log Out |
|---|---|---|---|---|---|---|---|---|

**Private Discussion (Members only)** Only members can see this forum so you can discuss more private matters.

**Post Reply**

Thread Tools    Search this Thread    Rate Thread    Display Modes

12-20-2007, 08:23 PM                                                                          #1



**Andres**
Administrator

Join Date: Jun 2007
Location: Back in Barcelona
Posts: 1,151
Marketplace Rating: **0** / 0%

Mobility Round Table for those affected by the 3rd Sedo dotMobi Auction

Dear Members,

In a last ditch effort to find a solution to the current 3rd Sedo dotMobi Auction situation, the most difficult one in .mobi's short history, Mobility is opening a neutral and **private** space here in the forum to be accessed ONLY by those **affected** by the 3rd Sedo dotMobi Auction. By "affected", I mean those who received **invoices**, either at the time of the "crash" or after the "extension". The purpose of this private forum is to **openly** discuss the situation **only** with those who are "on the same boat" in order to reach a potential compromise that can be presented to mTLD for consideration. Since this potential resolutoin would be coming from most, if not all, of those actually affected by this situation, it will hopefully pave a way out of this situation.

**To ensure the neutrality of Mobility, I will only serve as a Moderator in these private discussions.**

I ask that those participating be **open-minded** and **reasonable** throughout these discussions so that we can find a way to minimize the collective damage to those involved, and the collateral damage to .mobi.

Everyone participating in the Round Table needs to understand that 1) everyone else in this Round Table has a "legitimate" claim, 2) it is not possible to split a domain in half and award each half to 2 different people, 3) that any chance of success will depend on everyone being open-minded, reasonable, respectful, and willing to compromise, and 4) that most, if not all, of those affected need to be included and involved. If we can all accept that, then I think there is hope.

If such a compromise is reached, then we can present it to mTLD as an alternative to the pending lawsuits. Hopefully, that will be a win-win-win for all the stakeholders involved, especially the .mobi extension.

Believe it or not, there are people on both sides of the fence *willing* to compromise. That is all we need to take this first step.

**In order to be granted access to this new Private Forum, you MUST have received a Sedo/mTLD invoice either at the time of the "crash" or after the "extension".**

**If you fit this criteria, let me know privately via PM so that I grant you access to the**

Plaintiff Exhibit #23

**new private forum.** Please contact me within **48 hours** as time is of the essence. If you know of someone affected who might not see this message before then, please let them know as soon as possible.

Unless all participants agree otherwise at a later date, mTLD, Sedo, lawyers, Mobility moderators, and anyone else who does not fit the specific criteria above will NOT be granted access to the Round Table. This is to ensure the privacy, focus, impartiality, and credibility of the discussions and resolution.

I have a lot of faith in the .mobi community and trust we can all come together to resolve this matter in a way that is satisfactory to everyone involved.

Sincerely,
Andres

_____
"The best way to predict the future is to **create** it."

**My .mobi's:** **Dating.mobi** | **Adult.mobi** | **Student.mobi** | **Dubai.mobi** | **Banking.mobi** | **Call.mobi** | **Horoscope.mobi** | **Messenger.mobi** | **Classifieds.mobi** | **LiveTV.mobi**



---

12-20-2007, 09:29 PM    #2

**alvarodejh**
Mobility Member

Join Date: Dec 2007
Posts: 82
Marketplace Rating: 0 / 0%



Ok Andres,

I am on it,. This will be my last chance to fix this outside a court..

Alvaro Albarracin



---

12-20-2007, 10:39 PM    #3

**coast**
Senior Member

Join Date: Jul 2007
Location: Tell your friends about RecalledToys.mobi!
Posts: 1,679
Marketplace Rating: 3 / 100%

Andres, I am not eligible to participate however I applaud your willingness to take a leadership role in assembling the affected parties.

Much kudos to you and the other participants. Rep added to willing participants.
_____
mobiEnthusiast.mobi is now taking submissions - PM me your live g-rated site (hey, the kids are watching!)



---

12-20-2007, 10:44 PM    #4

**pcaero**
Founding Member

Join Date: Jun 2007
Posts: 109
Marketplace Rating: 0 / 0%

Please let me know the time and place….





Plaintiff Exhibit #23