# United States District Court
## For the District of Columbia

PAUL CHMIEL,

           Plaintiff

    v.

SEDO.COM, LLC

and

mTLD, LTD.

and

JEAN ROMAIN COLUMBANI

08cv00365 HHK

### ANSWER OF DEFENDANT SEDO.COM LLC

Defendant Sedo.com LLC, by its undersigned counsel, hereby files this answer to the complaint as follows:

#### RESPONSES TO ALLEGATIONS

1. Denied as to paragraph 1.

2. Defendant Sedo.com LLC is without sufficient knowledge to either affirm or deny the allegations in paragraph 2.

3. Denied as to paragraph 3.

4. Defendant Sedo.com LLC is without sufficient knowledge to either affirm or deny the allegations in paragraph 4.

5. Defendant Sedo.com LLC is without sufficient knowledge to either affirm or deny the allegations in paragraph 5.

6. Defendant Sedo.com LLC is without sufficient knowledge to either affirm or deny the allegations in paragraph 6.

7. Defendant Sedo.com LLC is without sufficient knowledge to either affirm or deny the allegations in paragraph 7.

8. Defendant Sedo.com LLC is without sufficient knowledge to either affirm or deny the allegations in paragraph 8.

9. Denied as to paragraph 9.

10. Admitted as to paragraph 10.

11. Admitted in part and denied in part.  Defendant Sedo.com LLC denies the allegation that it does business in Washington, D.C. contained in paragraph 11.

12. Denied as to paragraph 12.

13. Defendant Sedo.com LLC is without sufficient knowledge to affirm or deny the allegations in paragraph 13.

14. Admitted in part and denied in part.

15. In the view of the defendant Sedo.com LLC,  paragraph 15 is prefatory and requires no response.

16. In the view of the defendant Sedo.com LLC,  paragraph 16 is prefatory and requires no response

17. In the view of the defendant Sedo.com LLC, paragraph 17 is prefatory and requires no response.

2

18. In the view of the defendant Sedo.com LLC, paragraph 18 is prefatory and requires no response.

19. In the view of the defendant Sedo.com LLC, paragraph 19 is prefatory and requires no response.

20. In the view of the defendant Sedo.com LLC, paragraph 20 is prefatory and requires no response.

21. In the view of the defendant Sedo.com LLC, paragraph 21 is prefatory and requires no response.

22. Admitted in part and denied in part. Admitted as to the allegation that the names are unique. Denied as to all other allegations in paragraph 22.

23. Admitted in part and denied in part. Admitted that domain names may have different monetary value. Denied as to all other allegations in paragraph 23.

24. Admitted in part and denied in part. Admitted that owners may modify the domain names to point to different computers on the Internet. Denied as to all other allegations in paragraph 24.

25. Admitted as to the claims made involving Sedo.com LLC in paragraph 25. Denied as to all other claims in the paragraph.

26. Defendant has insufficient knowledge to admit or deny the allegations contained in paragraph 26.

27. Admitted in part and denied in part. Admitted as to the second sentence of the paragraph. Denied as to all other allegations in paragraph 27.

28. Denied as to paragraph 28.

29. Admitted in part and denied in part. Admitted as to the first sentence and denied as to all other allegations in paragraph 29.

30. Denied as to paragraph 30.

31. Admitted in part and denied in part. Admitted as to the first sentence. Denied as to all other allegations in paragraph 31.

32. Denied as to paragraph 32.

33. Admitted as to the second half of the sentence in paragraph 33 and denied as to all other allegations.

34. Denied as to paragraph 34.

35. Denied as to paragraph 35.

36. Denied as to paragraph 36.

37. Defendant is without sufficient knowledge to affirm or deny the allegations in paragraph 37.

38. Defendant is without sufficient knowledge to affirm or deny the allegations in paragraph 38.

39. Defendant is without sufficient knowledge to affirm or deny the allegations in paragraph 39.

40. Defendant is without sufficient knowledge to affirm or deny the allegations in paragraph 40.

41. Denied as to paragraph 41.

42. Denied as to paragraph 42

43. Denied as to paragraph 43.

44. Denied as to paragraph 44

45. Defendant has insufficient knowledge to affirm or deny the allegations in paragraph 45.

46. Denied as to paragraph 46.

47. Admitted as to paragraph 47.

48. Defendant is without sufficient knowledge to affirm or deny the allegations in paragraph 48.

49. Defendant is without sufficient knowledge to affirm or deny the allegations in paragraph 49.

50. Defendant is without sufficient knowledge to affirm or deny the allegations in paragraph 50.

51. Denied as to paragraph 51.

52. Defendant has insufficient knowledge to affirm or deny the allegations in paragraph 52.

53. Defendant is without sufficient knowledge to affirm or deny the allegations contained in paragraph 53.

54. Defendant is without sufficient knowledge to affirm or deny the allegations in paragraph 54.

55. Denied as to paragraph 55.

56. Denied as to paragraph 56.

57. Defendant is without sufficient knowledge to affirm or deny the allegations in paragraph 57.

58. Denied as to paragraph 58.

59. Defendant has insufficient knowledge to affirm or deny the allegations contained in paragraph 59.

60. Denied as to paragraph 60.

61. In the view of the defendant Sedo.com LLC, paragraph 61 is prefatory and requires no response.

62. Denied as to paragraph 62.

63. Denied as to paragraph 63.

64. Denied as to paragraph 64.

65. Denied as to paragraph 65.

66. Denied as to paragraph 66.

67. Denied as to paragraph 67.

68. Denied as to paragraph 68.

69. Denied as to paragraph 69.

70. Denied as to paragraph 70.

71. Denied as to paragraph 71.

72. Denied as to paragraph 72.

73. Denied as to paragraph 73.

74. Denied as to paragraph 74.

75. Denied as to paragraph 75.

76. Denied as to paragraph 76.

77. Denied as to paragraph 77.

78. Denied as to paragraph 78.

79. Denied as to paragraph 79.

80. Denied as to paragraph 80.

81. Denied as to paragraph 81.

82. All allegations not admitted are denied.

### AFFIRMATIVE DEFENSES

83. As to all claims asserted by the Plaintiffs premised on an alleged breach of contract, Plaintiffs may not recover because of their own prior breach of or failure to perform their obligations under the applicable agreements.

84. Some or all of the claims are barred by comparative fault or negligence on the part of Plaintiffs.

85. The acts/omissions of which complaint is made against the Defendant were expressly or impliedly ratified by Plaintiffs and/or the agents for the relevant entities.

86. Some or all of the claims asserted by Plaintiffs are barred by waiver.

87. No alleged act or omission of the Defendant in connection with Plaintiffs' complaint are material, relied upon or cause damage to the Plaintiffs.

88. Some or all of the claims asserted by Plaintiffs are barred by satisfaction and accord.

89. Some or all of the claims asserted by the Plaintiffs are barred for failure of consideration or assumption of the risk.

90. Any misstatement or omission of the Defendant (which is expressly denied by the Defendant) was waived, ratified and the subject of estoppel as to any claim by Plaintiffs.

91. All information given by Defendant to Plaintiffs was justified and consistent with the legal duty owed under the applicable laws.

92. Defendant did not breach any legal duty owed to Plaintiffs.

93. Some or all of the Plaintiffs' claims are barred because of Plaintiffs' failure to mitigate.

94. Some or all of the claims asserted by the Plaintiffs are barred by the doctrine of *in pari delicto*.

### CONCLUSION

For the reasons set forth above, Defendant Sedo.com LLC respectfully requests that the Plaintiffs take nothing by their suit and that the Court award all such other and further relief, including costs and attorneys' fees to which Defendant may show it is justly entitled to at law or equity.

_____/s/_____

Dennis M. Hart [935643]
Butera & Andrews
Attorney for Defendant Sedo.com LLC
1301 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20004
202.347.6875
dhart@butera-andrews.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer of Defendant Sedo.com LLC was served by mail, with first class postage prepaid upon the following this 7th day of March, 2008:

> Eric Menhart
> Counsel for Plaintiff
> 1200 "G" Street N.W.
> Suite 800
> Washington, D.C. 20005

and by electronic service upon the following:

> Samir Jain
> Counsel for Defendant mTLD, Ltd.
> Wilmer, Cutler, Pickering Hale & Dorr LLP
> 1875 Pennsylvania Avenue N.W.
> Washington, D.C. 20006

_____/s/_____
Dennis M. Hart