# United States District Court
# For the District of Columbia

PAUL CHMIEL,

               Plaintiff

    v.

SEDO.COM, LLC *et al*

               Defendants

08-cv-00365 HHK

### MOTION OF DEFENDANT SEDO.COM LLC TO JOIN IN DEFENDANT MTLD'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY

Defendant Sedo.com, by its undersigned counsel, hereby moves the Court for permission to join in all respects the Opposition of mTLD to Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery. As grounds for this request, Sedo.com would ask the Court to consider the following:

1. Defendant mTLD and Defendant Sedo.com have a unitary interest in opposing the Plaintiff's pending requests.

2. Defendant Sedo.com has had the opportunity to review and participate in the formulation of the Opposition to the Plaintiff's request. Defendant Sedo.com would have nothing additional to add to the opposition papers.

## CONCLUSION

**WHEREFORE,** Defendant Sedo.com respectfully requests that the Court permit the defendant to join mTLD's Opposition to the Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery.

_____/s/_____

Dennis M. Hart [935643]
Butera & Andrews
Attorney for Defendant Sedo.com LLC
1301 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20004
202.347.6875
dhart@butera-andrews.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer of Defendant Sedo.com LLC was served by electronic service this 20th day of March, 2008:

Eric Menhart
Counsel for Plaintiff
1200 "G" Street N.W.
Suite 800
Washington, D.C. 20005

Samir Jain
Counsel for Defendant mTLD, Ltd.
Wilmer, Cutler, Pickering Hale & Dorr LLP
1875  Pennsylvania Avenue N.W.
Washington, D.C. 20006

_____/s/_____
Dennis M. Hart

# United States District Court
# For the District of Columbia

|  |  |
|---|---|
| PAUL CHMIEL, | |
| Plaintiff | |
| | |
| v. | 08cv00365 HHK |
| | |
| SEDO.COM, LLC *et al* | |
| Defendants | |

### ORDER

This matter having come before the Court on the Defendant Sedo.com's request to join in the Defendant mTLD's Opposition to the Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery, and upon a consideration of the response of the parties and the record herein, it is this ___ day of ____, 2008, hereby ordered that the request to join is granted.

_____

Hon. Henry H. Kennedy