United States District Court
For the District of Columbia

| | |
|---|---|
| PAUL CHMIEL,<br>　　　　　　Plaintiff<br><br>v.<br><br>SEDO.COM, LLC<br><br>and<br><br>mTLD, LTD.<br><br>and<br><br>JEAN ROMAIN COLUMBANI | 08cv00365 HHK |

**ANSWER OF DEFENDANT SEDO.COM LLC TO CROSS CLAIM
OF CROSS PLAINTIFF MTLD.LTD.**

Defendant Sedo.com LLC, by its undersigned counsel, hereby files this answer to the cross claim filed by cross plaintiff mTLD, Ltd. as follows:

**RESPONSES TO ALLEGATIONS**

1. Paragraph 1 of the cross claim contains introductory language to which no response is appropriate.

2. Admitted as to paragraph 2.

3. Defendant Sedo.com LLC is without sufficient knowledge to either affirm or deny the allegations in paragraph 3.

1

4. The allegations in cross claim paragraph 4 are conclusions of law to which no response is required.

5. Paragraph 5 of the cross claim contains introductory language to which no response is appropriate.

6. Defendant Sedo.com LLC is without sufficient knowledge to either affirm or deny the allegations in paragraph 6.

7. Defendant Sedo.com LLC admits that the language quoted in the paragraph is from the Agreement alleged in the cross claim.

8. Defendant Sedo.com LLC is without sufficient knowledge to either affirm or deny the allegations in paragraph 8.

9. Admitted as to paragraph 9.

10. Admitted in part and denied in part. Admitted as to the first sentence of paragraph 10. Denied as to the remaining allegations.

11. Defendant is without sufficient knowledge to affirm or deny the conclusions in this paragraph.

12. Denied as to paragraph 12.

13. Denied as to paragraph 13.

14. Paragraph 14 of the cross claim contains introductory language to which no response is appropriate.

15. Defendant Sedo.com LLC is without sufficient knowledge to affirm or deny the factual allegations that form the basis for the legal conclusion contained in paragraph 15.

16. Defendant Sedo.com LLC denies the allegations contained in paragraph 16.

17. Defendant Sedo.com LLC denies the allegations contained in paragraph 17.

18. In the view of the defendant Sedo.com LLC, paragraph 18 is prefatory and requires no response.

19. Defendant Sedo.com LLC denies the allegations contained in paragraph 19.

20. Defendant Sedo.com LLC denies the allegations contained in paragraph 20.

21. Defendant Sedo.com LLC denies the allegations contained in paragraph 21.

22. Defendant Sedo.com LLC denies the allegations contained in paragraph 22.

23. In the view of the defendant Sedo.com LLC, paragraph 23 is introductory in nature and requires no response

24. Defendant Sedo.com LLC admits that the language quoted in this paragraph is from the Agreement alleged in the cross claim.

25. Defendant Sedo.com LLC denies the allegations contained in paragraph 22.

### AFFIRMATIVE DEFENSES

26. **First Affirmative Defense.** The cross claim fails to state a claim against Sedo.com LLC upon which relief can be granted.

27. **Second Affirmative Defense.** The claims contained in the cross claim are barred by written agreements between Sedo.com LLC and the cross claimant.

28. **Third Affirmative Defense.** Cross claimant has not suffered compensable injury or damage.

29. **Fourth Affirmative Defense.** Any damages suffered by cross claimant were not caused by Sedo.com LLC's actions.

30. **Fifth Affirmative Defense.** One or more of the cross claimant's claims are barred by the Statute of Frauds.

31. **Sixth Affirmative Defense.** One or more of the cross claimant's claims are barred by the cross claimant's own acts and omissions which caused or contributed to any damage it claims to have sustained.

32. **Seventh Affirmative Defense**. Cross claimant's claims for damages are barred by its own failure to mitigate or avoid such damages.

33. **Eighth Affirmative Defense.** Some or all of the damages of which cross claimant complains were the result of fault and/or actions of third parties and/or were the result of independent intervening cause or acts of God.

34. **Ninth Affirmative Defense.** Cross claimant's claims are barred under the Sedo user agreement.

35. **Tenth Affirmative Defense.** Cross claimant's claims are barred, in whole or in part, by the doctrines of waiver, release, ratification, estoppel, laches and/or unclean hands.

36. **Eleventh Affirmative Defense**. Cross claimant's claims are barred, in whole or in part, by unilateral and/or mutual mistake.

37. **Twelfth Affirmative Defense**. Sedo.com LLC's actions were not the proximate or actual cause of any damages suffered by cross claimant.

38. **Thirteenth Affirmative Defense**. One or more of cross claimants claims are barred because Sedo.com LLC does not owe any duty to the cross claimant.

39. **Fourteenth Affirmative Defense**. Cross claimant has assumed the risk of any injury through its contractual relations with Sedo.com LLC.

40. **Fifteenth Affirmative Defense**. No act or omission alleged in the cross claim was committed with the degree of fault or level of intent required for the imposition of liability.

41. **Sixteenth Affirmative Defense**. As to all claims asserted by the cross claimant premised on an alleged breach of contract, cross claimant may not recover because of their own prior breach of or failure to perform their obligations under the applicable agreements.

42. **Seventeenth Affirmative Defense**. Some or all of the claims are barred by comparative fault or negligence on the part of cross claimants.

43. **Eighteenth Affirmative Defense**. The acts/omissions upon which the cross complaint is based were expressly or impliedly ratified by cross claimant and/or its agents.

44. **Nineteenth Affirmative Defense**. No alleged act or omission of the Defendant Sedo.com LLC in connection with the cross claim are material, relied upon or caused damage to the cross claimant..

45. **Twentieth Affirmative Defense**. Some or all of the claims asserted by cross claim are barred by satisfaction and accord.

46. **Twenty First Affirmative Defense.** All information given by Defendant Sedo.com LLC to cross claimant was justified and consistent with the legal duty owed under the applicable laws.

47. **Twenty Second Affirmative Defense.** Defendant Sedo.com LLC did not breach any legal duty owed to cross claimant.

48. **Twenty Fourth Affirmative Defense**. Some or all of the claims asserted by the cross claimant are barred by the doctrine of *in pari delicto*.

## CONCLUSION

For the reasons set forth above, Defendant Sedo.com LLC respectfully requests that the Cross Claims of mTLD be dismissed with prejudice, that the cross claimant take nothing by its suit and that the Court award all such other and further relief, including costs and attorneys' fees to which Defendant Sedo.com LLC may show it is justly entitled to at law or equity.

_____/s/_____

Dennis M. Hart [935643]
Butera & Andrews
Attorney for Defendant Sedo.com LLC
1301 Pennsylvania Avenue N.W.
Suite 500
Washington, D.C. 20004
202.347.6875
dhart@butera-andrews.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer of Defendant Sedo.com LLC to Cross Claim was served electronically pursuant to the Court's ECF system upon the following this 26th day of March, 2008:

>Eric Menhart
>Counsel for Plaintiff
>1200 "G" Street N.W.
>Suite 800
>Washington, D.C. 20005

>Samir Jain
>Counsel for Defendant and Cross Claimant mTLD, Ltd.
>Wilmer, Cutler, Pickering Hale & Dorr LLP
>1875 Pennsylvania Avenue N.W.
>Washington, D.C. 20006

_____/s/_____
Dennis M. Hart