UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL CHMIEL,**<br>      Plaintiff,<br><br>   v.<br><br>**SEDO.COM, LLC, et al.,**<br>      Defendants. | Civil Action 08-00365  (HHK) |

### ORDER

Before the court is plaintiff's First Amended Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery [#6].  Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 16th day of April 2008, hereby

**ORDERED** that plaintiff's motion [#6] is **DENIED.**

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge