UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL CHMIEL,**         **Plaintiff,**   v.   **SEDO.COM, LLC, et al.,**         **Defendants.** | Civil Action 08-00365  (HHK) |

### ORDER

Before the court is plaintiff's "Motion to Remand to State Court" [#11].  Upon consideration of the motion, the opposition thereto, the parties' oral arguments, and the record of this case, the court concludes, essentially for the reasons stated by defendants in their opposition, that the motion should be denied.  Accordingly, it is this 16th day of April 2008, hereby

**ORDERED** that plaintiff's motion is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge