# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PAUL CHMIEL | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.  1:08-CV-00365 (HHK) |
| SEDO.COM, LLC, *et al*. | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL AND ENFORCEMENT OF SETTLEMENT

Plaintiff Paul Chmiel ("Chmiel"), and Defendants mTLD Top Level Domain, Ltd. ("mTLD") and Sedo.com, LLC ("Sedo") (collectively, the "Parties") have entered into a confidential Settlement Agreement dated April 30, 2008, and pursuant to that agreement, hereby stipulate to dismiss all claims and counterclaims (including those asserted against Jean Romain Colombani, who is not yet a party to this action because he has not been served with process) in the above-entitled action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party shall bear its own attorney's fees and costs.

The Settlement Agreement is incorporated by reference into this Stipulation to maintain its confidentiality.  The Parties jointly request that the Court retain jurisdiction to enforce the Settlement Agreement.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *cf. Board of Trustees of Hotel & Restaurant Employees Local 25 v. Madison Hotel, Inc.*, 97 F.3d 1479, 1483, 1486 n.8 (D.C. Cir. 1996).  All Parties consent to the Court's retention of jurisdiction for that purpose.

**ACCEPTED AND AGREED:**


Plaintiff Paul Chmiel                          Defendants mTLD and Sedo

By his attorney,                               By their attorneys,


/s/ Eric Menhart_____                 /s/ Samir Jain_____
Eric Menhart (D.C. Bar No. 975896)             Samir Jain (D.C. Bar No. 456090)
CyberLaw, P.C.                                 Kathryn C. Arnold (D.C. Bar No. 483173)
1200 G Street, N.W., Suite 800                 WILMER CUTLER PICKERING HALE AND
Washington, D.C. 20005                             DORR LLP
202-434-8711 (telephone)                       1875 Pennsylvania Avenue, N.W.
240-539-6235 (facsimile)                       Washington, D.C. 20006
Eric.menhart@cyberlaw.pro                      (202) 663-6109 (telephone)
                                               (202) 663-6363 (facsimile)
                                               Samir.Jain@wilmerhale.com
*Counsel for Plaintiff, Paul Chmiel*           Kathryn.Arnold@wilmerhale.com


                                               *Counsel for mTLD, Ltd.*

                                               /s/ Dennis Hart_____
                                               Dennis Hart (D.C. Bar No. 935643)
                                               BUTERA & ANDREWS
                                               1301 Pennsylvania Avenue, N.W., Suite 500
                                               Washington, D.C. 20004
                                               (202) 347-6875 (telephone)
                                               (202) 347-6876 (facsimile)
                                               dhart@butera-andrews.com


                                               *Counsel for Defendant Sedo.com, LLC*



Dated: May 2, 2008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of May, 2008, a copy of the foregoing Joint Stipulation of Dismissal and Enforcement of Settlement was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.


/s/ Samir Jain
Samir Jain

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL CHMIEL, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-00365 (HHK) |
| | ) |
| SEDO.COM, LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

In consideration of Plaintiff Paul Chmiel and Defendants mTLD Top Level Domain, Ltd. and Sedo.com, LLC's (collectively, the "Parties'") Joint Stipulation of Dismissal and Enforcement of Settlement, it is hereby ORDERED that pursuant to the Parties' April 30, 2008 Settlement Agreement, all claims (including those asserted against Jean Romain Colombani, who is not yet a party to this action because he has not been served with process) asserted in this action are **DISMISSED WITH PREJUDICE.**  Each party shall bear its own attorney's fees and costs.

The Court hereby **RETAINS JURISDICTION** over the Parties' Settlement Agreement, which is incorporated by reference herein.

This _____ day of May, 2008            _____
                                       The Honorable Henry H. Kennedy
                                       United States District Judge

Dated: May 2, 2008                              Respectfully submitted,


                                                /s/ Eric Menhart
                                                Eric Menhart (D.C. Bar No. 975896)
                                                CyberLaw, P.C.
                                                1200 G Street, N.W., Suite 800
                                                Washington, D.C. 20005
                                                202-434-8711 (telephone)
                                                240-539-6235 (facsimile)
                                                Eric.menhart@cyberlaw.pro


                                                *Counsel for Plaintiff, Paul Chmiel*


                                                /s/ Samir Jain
                                                Samir Jain (D.C. Bar No. 456090)
                                                Kathryn C. Arnold (D.C. Bar No. 483173)
                                                WILMER CUTLER PICKERING HALE &
                                                    DORR LLP
                                                1875 Pennsylvania Ave., N.W.
                                                Washington, D.C. 20006
                                                202-663-6000 (telephone)
                                                202-663-6363 (facsimile)
                                                Samir.Jain@wilmerhale.com
                                                Kathryn.Arnold@wilmerhale.com

                                                *Counsel for Defendant mTLD, Ltd.*


                                                /s/ Dennis Hart
                                                Dennis M. Hart (D.C. Bar No. 935643)
                                                BUTERA & ANDREWS
                                                1301 Pennsylvania Avenue N.W., Suite 500
                                                Washington, D.C. 20004
                                                202-347-6875 (telephone)
                                                202-347-6876 (facsimile)
                                                dhart@butera-andrews.com

                                                *Counsel for Defendant Sedo.com, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of May, 2008, a copy of the foregoing Proposed

Order of Dismissal With Prejudice and Retention of Jurisdiction to Enforce Settlement

Agreement was filed electronically with the Clerk of the Court.  The electronic filing prompted

automatic service of the filing to all counsel of record in this case who have obtained CM/ECF

passwords.


/s/ Samir Jain
Samir Jain