# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

FILED

MAY 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| PAUL CHMIEL, | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 1:08-cv-00365 (HHK) |
|  | ) |
| SEDO.COM, LLC, *et al.* | ) |
|  | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

In consideration of Plaintiff Paul Chmiel and Defendants mTLD Top Level Domain, Ltd. and Sedo.com, LLC's (collectively, the "Parties'") Joint Stipulation of Dismissal and Enforcement of Settlement, it is hereby ORDERED that pursuant to the Parties' April 30, 2008 Settlement Agreement, all claims (including those asserted against Jean Romain Colombani, who is not yet a party to this action because he has not been served with process) asserted in this action are **DISMISSED WITH PREJUDICE.**  Each party shall bear its own attorney's fees and costs.

The Court hereby **RETAINS JURISDICTION** over the Parties' Settlement Agreement, which is incorporated by reference herein.

This ___7th___ day of May, 2008

The Honorable Henry H. Kennedy
United States District Judge

- 1 -